Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, PUGET SOUND ELECTRICAL WORKERS PENSION TRUST, PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND, NATIONAL ELECTRICAL BENEFIT FUND, and LABOR MANAGEMENT COOPERATIVE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN L. BEGLEY and "JANE DOE" BEGLEY, husband and wife and the marital community comprised thereof, d/b/a EDISON ELECTRIC; EDISON ELECTRIC GROUP, INC., a Washington corporation; and BANK OF AMERICA, SAVINGS ACCOUNT NO. 37785912,<br><br>Defendants. | CAUSE NO.: C05-0356RSM<br><br>ORDER FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

Plaintiffs Puget Sound Electrical Workers Health and Welfare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust Fund, National Electrical Benefit Fund, and Labor Management Cooperative Trust (Trust Funds) have moved the Court for Default Judgment against Defendants Steven L. Begley d/b/a

ORDER FOR DEFAULT JUDG
CASE NO. C05-0356RSM - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Dockets.Justia.com

1 Edison Electric, Edison Electric Group, Inc., a Washington corporation, and Bank of America, Savings Account No. 37785912 (Employer).

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Puget Sound Electrical Workers Health and Welfare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust Fund, National Electrical Benefit Fund, and Labor Management Cooperative Trust |
| 2. | Judgment Debtor: | Steven L. Begley d/b/a Edison Electric, Edison Electric Group, Inc., and Bank of America, Savings Account No. 37785912 |
| 3. | Contributions: | $139,962.54 |
| 4. | Liquidated Damages: | $20,607.93 |
| 5. | Interest to Date of Judgment: | $24,170.34 |
| 6. | Audit Fee: | $3,045.00 |
| 7. | Costs: | $611.59 |
| 8. | Attorney's Fees: | $3,845.60 |
| 9. | Post-Judgment Interest: | 12% per annum |
| 10. | Attorney for Judgment Creditor: | Robert A. Bohrer, WSBA No. 5050 EKMAN, BOHRER & THULIN, P.S. |

Pursuant to Plaintiff Trust Funds' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on May 23, 2005, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded a Default Judgment against Defendant Employer in the amount $192,243.00 representing contributions covering the period August 2002 through December 2003, and January through June 2004 in the amount $139,962.54, liquidated damages in the amount $20,607.93, interest in the amount $24,170.34, costs in the amount $611.59, audit fee in the amount $3,045.00, and attorney's fees in the amount $3,845.60, for a total amount owing of $192,243.00.

ORDER FOR DEFAULT JUDG
CASE NO. C05-0356RSM - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1  **IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment
2  pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on
3  Plaintiff Trust Funds' claims herein.

4  **IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total
5  unpaid balance at the rate of 12% per annum, pursuant to the terms of the Trust Agreement(s)
6  to which Employer is bound.

7  DATED this __8th_ day of June, 2005.
8

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
U.S. District Court Judge

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

ORDER FOR DEFAULT JUDG
CASE NO. C05-0356RSM - PAGE 3 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587